IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

J & J SPORTS PRODUCTIONS, INC., a
California Corporation,

                Plaintiff,

v.                                                  Civil Action No.: 3:13-cv-616

PRESTIGE LOUNGE, LLC, a
Virginia Limited Liability Company, d/b/a
MOFAUZY'S LOUNGE

AND

JOHN DOE,

                Defendants.

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO F.R.C.P. 55(A)

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, through undersigned counsel, hereby requests the Clerk to enter default in the above-captioned case. Defendant Prestige Lounge, LLC, a Virginia entity doing business as MoFauzy's Lounge ("MoFauzy's"), has failed to plead or otherwise defend the Complaint filed on September 10, 2013. The Complaint and Summons were personally served on MoFauzy's registered agent on September 17, 2013. An Answer was due by October 8, 2013 and none has been filed. Entry of default is proper as provided in Rule 55(a) of the Federal Rules of Civil Procedure and supported by the attached declaration of W. Brian McCann.

                                                  J & J SPORTS PRODUCTIONS, INC.

                                                          / s /

                                         By:_____

                                                           Counsel

W. Brian McCann [VSB #65712]
THE MCCANN LAW FIRM, PLLC
4114 E. Parham Road, Suite B
Henrico, Virginia 23228
Tel.: (804) 672-6100
Fax: (804) 672-6101
Email: brian@themccannlawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2013, I electronically filed the foregoing Request for Entry of Default using the Court's CM/ECF system and that I caused a true and accurate copy to be mailed, first class, postage pre-paid, to the following:

Brent A. Jackson
Registered Agent for Prestige Lounge, LLC
406 West Franklin Street
Richmond, Virginia 23220

/ s /
_____
W. Brian McCann [VSB #65712]
THE MCCANN LAW FIRM, PLLC
4114 E. Parham Road, Suite B
Henrico, Virginia 23228
Tel.: (804) 672-6100
Fax: (804) 672-6101
Email: brian@themccannlawfirm.com
*Counsel for Plaintiff*