IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

J & J SPORTS PRODUCTIONS, INC., a
California Corporation,
                       Plaintiff,

v.                                                            Civil Action No.: 3:13-cv-616

PRESTIGE LOUNGE, LLC, a
Virginia Limited Liability Company, d/b/a
MOFAUZY'S LOUNGE

AND

JOHN DOE,
                        Defendants.

## DECLARATION OF W. BRIAN MCCANN FOR ENTRY OF DEFAULT

I, W. Brian McCann, hereby certify, declare and verify under penalty of perjury, and pursuant to 28 U.S.C. § 1746 this 30th day of October, 2013, state the following:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons were filed on September 10, 2013.

3. Personal service of the Complaint and Summons was achieved via private process server on September 17, 2013.

4. Responsive pleadings were due by October 8, 2013.

5. No answer has been filed and Defendants have not otherwise moved or extended the time to answer. The time in which the Defendants may answer or otherwise move as to the Complaint has expired.

6. Defendants are neither infants nor incompetent individuals.

7. Inasmuch as the Defendant is a corporation, it is not in the military service.

8. The Clerk is requested to enter default against the Defendant.

9.    A proposed Entry of Default is attached.

                              J & J SPORTS PRODUCTIONS, INC.

                              / s /

                              By:_____
                                  Counsel

W. Brian McCann [VSB #65712]
THE MCCANN LAW FIRM, PLLC
4114 E. Parham Road, Suite B
Henrico, Virginia 23228
Tel.: (804) 672-6100
Fax: (804) 672-6101
Email: brian@themccannlawfirm.com
*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2013, I electronically filed the foregoing Request for Entry of Default using the Court's CM/ECF system and that I caused a true and accurate copy to be mailed, first class, postage pre-paid, to the following:

Brent A. Jackson
Registered Agent for Prestige Lounge, LLC
406 West Franklin Street
Richmond, Virginia 23220

/ s /
_____
W. Brian McCann [VSB #65712]
THE MCCANN LAW FIRM, PLLC
4114 E. Parham Road, Suite B
Henrico, Virginia 23228
Tel.: (804) 672-6100
Fax: (804) 672-6101
Email: brian@themccannlawfirm.com
*Counsel for Plaintiff*

3