IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

J & J SPORTS PRODUCTIONS, INC., a
California Corporation,

        Plaintiff,

v.                                Civil Action No.: 3:13-cv-616

PRESTIGE LOUNGE, LLC, a
Virginia Limited Liability Company, d/b/a
MOFAUZY'S LOUNGE

AND

JOHN DOE,

        Defendants.

## ENTRY OF DEFAULT

It appearing from the records and the Declaration of W. Brian McCann, counsel of record for Plaintiff, the Clerk of this Court does hereby enter default of Prestige Lounge, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

                                              Fernando Galindo, Clerk

                                              By: _____
                                                      Clerk/Deputy Clerk

cc:  W. Brian McCann [VSB #65712]    Brent A. Jackson
    THE MCCANN LAW FIRM, PLLC    Registered Agent for Prestige Lounge, LLC
    4114 E. Parham Road, Suite B    406 West Franklin Street
    Henrico, Virginia 23228    Richmond, Virginia 23220
    Tel.: (804) 672-6100
    Fax: (804) 672-6101
    Email: brian@themccannlawfirm.com
    *Counsel for Plaintiff*